## Commonwealth *v.* Clark, Appellant.

Submitted April 12, 1971. *Ralph F. Kraft*, for appellant; *D. Gerard Long*, Assistant District Attorney, and *Ferdinand F. Bionaz*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cobb, Appellant.

Submitted November 9, 1970; argued April 13, 1971. *John E. Caputo*, Assistant Public Defender, for appellant; *Alfred L. Steff, Jr.*, Assistant District Attorney, with him *John G. Good, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.